HASSAN O.G. ALAMIN, Appellant, v SHAKE UDDIN et al., Respondents.

Submitted December 29, 2014; decided February 17, 2015

Motion for reconsideration of this Court's October 21, 2014 dismissal order dismissed as untimely (*see* 22 NYCRR 500.24 [b]) [*see* 24 NY3d 987 (2014)].

Judges STEIN and FAHEY taking no part.

In the Matter of ALAN GOLDER, Appellant, v THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted December 29, 2014; decided February 17, 2015

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.

Judges STEIN and FAHEY taking no part.

In the Matter of I-CONSCIOUS R. and Another, Children Alleged to be Abused. GEORGE S., Also Known as I-SUN A., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted December 22, 2014; decided February 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

Judges STEIN and FAHEY taking no part.